IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK SOLANO MENDOZA, | CASE NO. CV-F-03-5004 DLB HC |
| Petitioner, | ORDER GRANTING PETITIONER'S REQUEST FOR EXTENSION OF TIME |
| vs. | TO FILE NOTICE OF APPEAL |
| MIKE YARBROUGH, | [Doc. 37] |
| Respondent. | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pursuant to 28 U.S.C. § 636(c)(1), the parties have consented to the jurisdiction of the United States Magistrate Judge.

On May 2, 2005, the undersigned denied the petition for writ of habeas corpus and judgment was entered this same date. On June 6, 2005, Petitioner filed a request for an extension of time to file a notice of appeal.

A notice of appeal must be filed by the district clerk within 30 days after the judgment or order appealed from is entered. See FRAP 4(a)(1)(A). However, the district court may extend time to file a notice of appeal if a party moves no later than 30 days after the time for filing a notice of appeal expires, and the party shows excusable neglect or good cause. See FRAP 4(a)(5)(A)(i). Petitioner filed his motion to extend time on June 6, 2005, and self dated on May 29, 2005, which is less than 30 days after the entry of judgment. In his motion to extend time, Petitioner shows good cause for the extension,

citing the need to conduct legal research and prison lockdowns over which he has no control. Accordingly, good cause having been presented to the court, and GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that Petitioner's motion to extend time to file the appeal is GRANTED until sixty days from the date of service of this order.

IT IS SO ORDERED.

**Dated:**   **June 10, 2005**              /s/ Dennis L. Beck
3b142a                                      UNITED STATES MAGISTRATE JUDGE